# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITIZENS INSURANCE COMPANY OF AMERICA,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **SELECTIVE WAY INSURANCE COMPANY,**  Defendant. | **NO. 14-6232** |

## O R D E R

**AND NOW**, this 14th day of April, 2015, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11) and the briefing in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**